ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | 2:25-po-00161-AC |
| ) | |
| Plaintiff,   ) | [~~PROPOSED~~] ORDER GRANTING UNITED STATES'S MOTION TO RESET COLLATERAL AND VACATE TRIAL DATE |
| ) | |
| v.   ) | |
| ) | |
| JORGE L. GARCIA,   ) | DATE:  December 15, 2025 |
| ) | TIME:  9:00 a.m. |
| Defendant.   ) | JUDGE: Hon. Allison Claire |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED.  Defendant Jorge L. Garcia shall be permitted to forfeit collateral in case number 2:25-po-00161-AC in the amount of $65.00, plus a processing fee of $30.00 and special assessment of $5.00, for a total amount of $100.00, payable immediately to the Central Violations Bureau.  The trial date currently scheduled on December

///
///
///
///

15, 2025 is vacated.

    IT IS SO ORDERED.

Dated: December 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE